

## LAW OFFICE OF ELIZABETH M. FINK
36 PLAZA STREET • BROOKLYN, NEW YORK 11238
(718) 783-3682 • FAX (718) 783-5853 • WWW.FKOLAW.COM



RECEIVED

JAN 29 2013

JUDGE KEENAN'S CHAMBERS

January 29, 2013

Honorable John F. Keenan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Alejandro Bello*, 11 Cr. 755 (JFK)

Dear Judge Keenan,

I am the CJA attorney appointed to represent Alejandro Bello in the above-captioned matter. Please accept this letter as a request for an extension of time in which to file motions in this case.

As this Court is likely aware, I have been struggling with a number of medical problems over the past year, culminating in two cardiac surgeries which I underwent this month, and from which I am now recovering. In the midst of my illness, I missed the deadline set by this Court for defense motions. I therefore respectfully request a month extension in which to file motions, if any, in this case.

Thank you for your kind consideration of this request.

Respectfully yours,

*Elizabeth M. Fink*

ELIZABETH M. FINK

```
Application granted.  The deadline for motions on behalf
of Defendant Alejandro Bello is extended to February 25, 2013.
SO ORDERED.
Dated:   New York, N.Y.
         January 30, 2013
```

*John F. Keenan*
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-30-13