UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-18-13

------------------------------------x
                            :

UNITED STATES OF AMERICA    :

     -against-        :        **ORDER**

                          :     S6 11 cr 755 (JFK)

Alejandro Bello      :       Docket #
------------------------------------x

Judge John F. Keenan, **DISTRICT JUDGE:**
     Judge's Name

The C.J.A. attorney assigned to this case

   Elizabeth Fink    is hereby ordered substituted
     Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to Walter Mack, NUNC-PRO-TUNC 4-18-2013.

                  Attorney's Name

                      **SO ORDERED.**

               John F. Keenan
              **UNITED STATES DISTRICT JUDGE**

**Dated:**   **New York, New York**
       4-18-13