USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-25-13

OCT 25 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 11 Cr. 755 (JFK) |
| v. | : | |
| ALEJANDRO BELLO, | : | **PROPOSED ORDER** |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UPON THE APPLICATION of Walter Mack, Esq., counsel for the Defendant, Alejandro Bello.

IT IS HEREBY ORDERED that Dr. Cheryl Paradis, PSY.D., Licensed Psychologist, is hereby appointed to conduct an examination of the Defendant Alejandro Bello in order to determine whether the defendant is suffering from any mental disease or defect, behavioral or medical characteristic which would assist the Court in determining the most appropriate sentence for this defendant; and

IT IS HEREBY FURTHER ORDERED that the Warden of the Metropolitan Detention Center (hereinafter "MDC") 80 29th Street, Brooklyn, New York, permit Dr. Cheryl Paradis, a qualified psychologist, to conduct an examination of the defendant, Alejandro Bello, (U.S. Marshal Inmate Number 91878-054), at the MDC (New) at a mutually convenient time to determine the defendant's mental condition, history and personal characteristics and that for each visit, Dr. Paradis shall be permitted to meet with Mr. Bello in a private room in the attorney visiting area for as long as needed and that Dr. Paradis is authorized to bring any necessary paper tests, material and records with her into the facility for her meeting(s) with Defendant Bello; and

IT IS HEREBY FURTHER ORDERED that Dr. Paradis prepare a report of Defendant Alejandro Bello's mental condition, history and personal characteristics in order to assist the Court and counsel in a determination whether there are needed medical care, training or other correctional treatment which should be appropriately considered by the Court for sentencing purposes pursuant to Section 3553 (a)(1) & (2); and

IT IS HEREBY FURTHER ORDERED that Dr. Cheryl Paradis, PSY.D. may be compensated at the rate of $275.00 per hour for her services in conducting said examination, preparing said report and testifying at any hearing should that be necessary.

Dated: October 25, 2013
New York, New York

**SO ORDERED:**

_____
John F. Keenan
United States District Judge